# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VALLARTA FOOD ENTERPRISES, INC., et al.,<br><br>　　　　Defendant. | Case No. 1:23-cv-01203-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10)<br><br>**DEADLINE: DECEMBER 12, 2023** |

On November 21, 2023, the parties informed the Court that they have reached settlement. (ECF No. 10.) Pursuant to Local Rule, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b).

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before December 12, 2023.

IT IS SO ORDERED.

Dated:  **November 22, 2023**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1